UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DEBBIE S. ENGEL | ) | BANKRUPTCY CASE NUMBER 09-11268 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. That Check #101 issued to Debtor Debbie S. Engel and forwarded to Debtor's Counsel, Brian W. Kaiser, 425 North Wayne Street, Angola, Indiana 46703 on July 8, 2010 in the amount of $878.50 has not been cashed.

3. That the Trustee hereby gives notice that such amount of **$878.50** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of the Debtor.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  Brian W. Kaiser, 425 North Wayne Street, Angola, Indiana 46703, and Debbie S. Engel, 8085 US Highway 6, Butler, Indiana 46721.

             ____/s/ Yvette Gaff Kleven_____
             Yvette Gaff Kleven